James E. THOMPSON, Sr., Appellant,

v.

TRI–STATE INSURANCE OF MINNE-
SOTA; Dakota Redi–Mix; Berkley
Administrators; Jerry Rachetto, Ap-
pellees.

No. 06–4058.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 12, 2007.

Filed: Oct. 18, 2007.

James E. Thompson, Sr., Sturgis, SD,
pro se.

Timothy M. Engel, May & Adam,
Pierre, SD, R. Alan Peterson, Lynn &
Jackson, Sioux Falls, SD, for Appellees.

Jerry Rachetto, Rachetto Law Office,
Deadwood, SD, pro se.

Before MURPHY, SMITH, and
SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

James E. Thompson, Sr., appeals the
district court's [1] dismissal of his civil action
without prejudice for lack of subject mat-
ter jurisdiction. Upon careful review of
the record, we conclude that Thompson
established neither diversity jurisdiction
nor federal-question jurisdiction. *See* 28
U.S.C. §§ 1331, 1332(a)(1); *4:20 Commu-
nications, Inc. v. Paradigm Co.*, 336 F.3d
775, 779 (8th Cir.2003) (party invoking fed-

eral jurisdiction has burden to establish
jurisdictional requirements). Accordingly,
we affirm. *See* 8th Cir. R. 47B. We also
deny Thompson's pending motion.

---

1. The Honorable Richard H. Battey, United
   States District Judge for the District of South
   Dakota.